HOPE *v.* WEISS.

Appeal and Error—Partial Summary Judgment—Interlocutory Judgment.

> Summary judgment entered for defendants on one count of a complaint is interlocutory and may be appealed only by leave to appeal granted where the trial court does not make an express determination that there is no just reason for delay and an express direction for the entry of judgment pursuant to court rule, and an appeal taken as of right must be dismissed by the Court of Appeals, because it lacks jurisdiction to proceed further (GCR 1963, 518.2; 806.1).

Appeal from Wayne, Rashid (Joseph G.), J. Submitted Division 1 March 7, 1968, at Detroit. (Docket No. 2,550.) Decided July 23, 1968.

Complaint by Wallace F. Hope against Herman Weiss, Hermine Weiss, Maurice V. Victor, and Harvey Covensky for forcible entry and detainer and conspiracy to use process wrongfully. Summary judgment for defendants on forcible entry and detainer count. Plaintiff appeals. Appeal dismissed.

*Nussbaum, Stacey & Munger,* for plaintiff.

*Victor & Covensky,* for defendants.

Reference for Points in Headnote
4 Am Jur 2d, Appeal and Error §§ 104, 856 *et seq.*

Per Curiam.  Plaintiff was evicted from leased premises under a writ of restitution* and brought this action against the landlords and the landlords' attorneys on two theories: forcible entry and detainer and conspiracy to deprive him of his leasehold by wrongfully causing the writ of restitution to issue against him.  Summary judgment was entered against plaintiff on the first issue only.

After due consideration of the entire record, it is determined that the order appealed is interlocutory, the trial court not having made an "express determination that there is no just reason for delay and upon an express direction for the entry of judgment."  GCR 1963, 518.2.

It is ordered that the appeal be, and the same is hereby, dismissed since this Court has not granted leave to appeal and lacks jurisdiction to proceed further in the matter.  GCR 1963, 806.1.  *City of Dearborn* v. *Pulte-Strang, Inc.* (1968), 12 Mich App 161.

Appeal dismissed.  Costs to appellees.

Lesinski, C. J., and J. H. Gillis and Levin, JJ., concurred.

---

* See the companion case of *Hope* v. *Victor* (1968), 12 Mich App 397, *ante,* in which the events leading to the eviction are more fully set forth.